CHARLES F. KESTER (SBN 157763)
KESTER & ISENBERG
Encino Financial Center
16133 Ventura Boulevard, Suite 260
Encino, California 91436
Tel.:  (818) 728-3300
Fax:   (818) 728-3311
Email: ckester@kesterisenberg.com

Attorneys for Plaintiffs René Nash
and James V. McNichol

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RENÉ NASH, an individual; and JAMES V. McNICHOL, an individual, <br><br>            Plaintiffs, <br><br>     v. <br><br> ROBERT KRAUSS, an individual; PAMELA TAYLOR, an individual; 157 LOUREYRO ROAD, SANTA BARBARA, CA, real property, *in rem*; and DOES 1 through 25, inclusive, <br><br>            Defendants. | NO.  CV 05-2293-SVW (SSx) <br><br> Courtroom 6 <br> The Honorable Stephen V. Wilson <br><br> **JUDGMENT AFTER REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS** |

    On August 1, 2007, the Court entered Judgment in favor of Defendant Pamela Taylor and against Plaintiffs René Nash and James V. McNichol.  Plaintiffs timely appealed that Judgment to the United States Court of Appeals for the Ninth Circuit.

    On May 14, 2009, the Ninth Circuit issued its decision reversing the Judgment in favor of Taylor; vacating the attorneys'

1  fees award to Taylor; and directing that upon remand, "the district
2  court shall enter judgment in favor of Plaintiffs for $110,268.27
3  . . . ."  (9th Circuit's May 14, 2009 Mem. Decision at 5 (9th Cir.
4  Case No. 07-56305).)  The Ninth Circuit further directed this Court
5  to determine whether Plaintiffs are entitled to interest or any
6  other equitable remedies.

7      On June 11, 2009, this Court received the Mandate from the
8  Ninth Circuit, which returned jurisdiction to this Court, and which
9  awarded $322.40 of appellate costs to Plaintiffs (as Appellants)
10 to be paid by Defendant Taylor.

11     On July 30, 2009, the Clerk of this Court taxed additional
12 appellate costs in favor of Plaintiffs (as Appellants) in the amount
13 of $2,177.80 to be paid by Defendant Taylor.

14     On October 14, 2009, Plaintiff Nash filed a Motion for
15 Prejudgment Interest.  The Court subsequently granted her Motion
16 and ordered that Defendant Taylor pay Nash $53,472 for prejudgment
17 interest that had accrued as of November 9, 2009, with an additional
18 $30.21 accruing daily thereafter until Judgment is entered.

19     NOW THEREFORE, and based on the foregoing, **IT IS ORDERED,**
20 **ADJUDGED, AND DECREED THAT JUDGMENT BE ENTERED ON PLAINTIFFS'**
21 **COMPLAINT AS FOLLOWS:**

22     1.   Plaintiff Nash has prevailed on her breach of contract
23         claim and she shall have recovery from Defendant Taylor in
24         the amount of $163,740.27 (damages + prejudgment
25         interest), plus additional prejudgment interest accruing
26         after November 9, 2009, at the daily rate of $30.21 until
27         Judgment is entered;
28

    2.    Plaintiffs Nash and McNichol shall have joint recovery from Defendant Taylor for their aggregate appellate costs in the amount of $2,500.20; and

    3.    Plaintiffs Nash and McNichol shall have joint recovery from Defendant Taylor for their costs of suit incurred in this action in the amount of $_____, as determined by the Clerk of the Court after Plaintiffs submit their Bill of Costs in this action.

**IT IS SO ORDERED.**

DATED:  November 9, 2009

By: _____
    Stephen V. Wilson
    United States District Court Judge


Respectfully Submitted,

CHARLES F. KESTER
KESTER & ISENBERG


By:_____
    Charles F. Kester

Attorneys for Plaintiffs René Nash
and James V. McNichol

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT AFTER REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS