1 | Michael N. Sofris, Esq.  SBN 170018
Action Legal Team
2 | 468 N. Camden Drive, Suite 200
Beverly Hills, California  90210
3 | Tel: (310) 229-4505
Fax: (310) 388-0535
4 | michaelsofris@gmail.com

5 | Attorneys for Rene Nash and James McNichol

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE NASH and JAMES McNICHOL, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT KRAUSS and PAMELA TAYLOR, <br><br> Defendants. | Case No. CV-05-02293-SVW <br><br> **RENEWED JUDGMENT** <br><br> (Cal. Code of Civil Procedure Sect. 683.160 and CRC Rule 3.1900) |

PLAINTIFFS and JUDGEMENT CREDITORS RENE OF NASH and JAMES McNICHOL's APPLICATION FOR and RENEWAL OF JUDGMENT, coming properly before this Court, the Judgment in Case No. CV-05-02293-SVW, of the UNITED STATES DISTRICT

Renewed Judgment                                    1

COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, entered on NOVEMBER 20, 2009, is hereby Ordered Renewed for the amounts as follows:

**Judgment For Judgment Creditor Rene Nash**

a. Total Judgment as of November 20, 2009: $166,572.78
b. Costs after Judgment: $0.00
c. Subtotal (add a. and b.) **$166,572.78**
d. Credits after Judgment: $0.00
e. Subtotal (subtract d. for c.) **$166,572.78**
f. Interest after Judgment (28 USC Sect. 1961) $4462.96
g. Fee for Judgment Renewal $0.00
h. Total Renewed Judgment (add e. f. and g.) **$171,035.74**

**Judgment for Judgment Creditor James McNichol:**

a. Total Judgment as of November 20, 2009: $112,768.98
b. Costs after Judgment: $0.00
c. Subtotal (add a. and b.) $112,768.98
d. Credits after Judgment: $0.00
e. Subtotal (subtract d. for c.) $112,768.98
f. Interest after Judgment (28 USC Sect. 1961) $3,021.41
g. Fee for Judgment Renewal $0.00
h. **Total Renewed Judgment** (add e. f. and g.) **$115,790.39**

IT IS HEREBY ORDERED ADJUDGED AND DECREED that effective as of the date of the filing of PLAINTIFFS Application for and Renewal of Judgment in Case No. CV-05-02293-SVW, of the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, entered November 20, 2009 is hereby Renewed for the amounts indicated above.

Dated: 10/23/2019

*Margo Mead*
Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that I have complied with Local Rule 27-4 on October 21, 2019 and I have served this Notice of Application for Renewal of Judgment on all counsel by means of the of the Court's electronic filing system on PACER

/s/ Michael N. Sofris
Michael N. Sofris
Attorney for Plaintiffs